IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
SEP 6 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| HEALTHNESS LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 6:22-CV-864-LY |
| DECATHLON SA, | § | |
| DEFENDANT. | § | |
| | § | |

## TRANSFER ORDER

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Docket of the Honorable Kathleen Cardone, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective May 10, 2021, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this _6th_ day of September, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE